THE HONORABLE DAVID G. ESTUDILLO

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PHUNG THI THANH VO, | No. CV25-2244-DGE-GJL |
| Petitioner, | |
| vs. | ORDER REGARDING THIRD-COUNTRY REMOVAL AND TRANSFER FROM DISTRICT |
| PAMELA BONDI, Attorney General of the United States; KRISTI NOEM, Secretary, United States Department of Homeland Security; CAMMILLA WAMSLEY, Seattle Field Office Director, United States Citizenship and Immigration Services; BRUCE SCOTT, Warden of Immigration Detention Facility; and the United States Immigration and Customs Enforcement, | |
| Respondents. | |

The Court has considered the parties' stipulation regarding third county removal and transfer from district, and the records in this case.

For so long as this case remains pending, ICE ERO shall not remove Petitioner Phung Thi Thanh Vo to any country other than Vietnam and Federal Respondents shall not transfer Ms. Vo outside the Western District of Washington.

It is so ORDERED.

ORDER REGARDING THIRD COUNTRY
REMOVAL AND TRANSFER FROM DISTRICT
(*Phung Thi Thanh Vo v. Bondi, et al.* / CV25-2244-DGE-GJL) - 1

Dated this 24th day of November, 2025.

David G. Estudillo
United States District Judge

ORDER REGARDING THIRD COUNTRY
REMOVAL AND TRANSFER FROM DISTRICT
(*Phung Thi Thanh Vo v. Bondi, et al.* / CV25-2244-DGE-GJL) - 2