THE HONORABLE DAVID G. ESTUDILLO

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PHUNG THI THANH VO,                              ) No. CV25-2244-DGE-GJL
                                                 )
    Petitioner,                                  )
                                                 )
    vs.                                          ) ORDER TO EXPEDITE BRIEFING
                                                 ) SCHEDULE
PAMELA BONDI, Attorney General of the            ) AND WITHDRAW REFERENCE TO
United States; KRISTI NOEM, Secretary,           ) MAGISTRATE JUDGE
United States Department of Homeland              )
Security; CAMMILLA WAMSLEY, Seattle              )
Field Office Director, United States             )
Citizenship and Immigration Services;            )
BRUCE SCOTT, Warden of Immigration               )
Detention Facility; and the United States        )
Immigration and Customs Enforcement,             )
                                                 )
    Respondents.                                 )
_____  )

    Pursuant to the unopposed motion of the parties to expedite the briefing

schedule, it is hereby ORDERED that the following briefing schedule shall be entered

and shall replace the briefing schedule previously set forth at Dkt. #6:

- Respondents' return is due by November 28, 2025.

- Petitioner's response is due December 4, 2025.

- The petition will be noted for December 4, 2025.

ORDER TO EXPEDITE BRIEFING SCHEDULE
(*Phung Thi Thanh Vo v. Bondi, et al.* / CV25-2244-DGE-GJL) - 1

1    It is further ordered that the reference to Magistrate Judge Grady J. Leupold is

2  withdrawn.

3    DONE this 24th day of November 2025.

4

5

6                                    

7                                    David G. Estudillo
                                    United States District Judge

8

9  Presented by:

10  s/ *Alan Zarky*
   Staff Attorney

11  Attorney for for Phung Thi Thanh Vo

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER TO EXPEDITE BRIEFING SCHEDULE
(*Phung Thi Thanh Vo v. Bondi, et al.* / CV25-2244-DGE-GJL) - 2