# UNITED STATES DISTRICT COURT

### WESTERN DISTRICT OF WASHINGTON
### AT TACOMA

| | |
|---|---|
| PHUNG THI THANH VO, | **JUDGMENT IN A CIVIL CASE** |
| Petitioner, | CASE NUMBER. 2:25-cv-02244-DGE- |
| v. | GJL |
| PAMELA BONDI et al., | |
| Respondents. | |

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

Petitioner's petition for writ of habeas corpus is GRANTED.  (Dkt. No. 1, 7.)  The Court ORDERS Respondents to release Petitioner from custody immediately, and further, ORDERS that Petitioner may not be re-detained until after an immigration court hearing is held to determine whether detention is appropriate.  Within TWENTY-FOUR (24) hours of this order, Respondents must provide the Court with a declaration confirming Petitioner has been released from custody.

Dated December 17, 2025.

Ravi Subramanian
Clerk of Court

s/Michael Williams
Deputy Clerk